THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SEAN AARON CASPER | § | CASE NO. 14-40929-R |
| XXX-XX-9207 | § | |
| 4003 HOUSTON DRIVE | § | CHAPTER 13 |
| HEARTLAND, TX 75126 | § | |
| | § | |
| AMBER LYNN STROMAN | § | |
| XXX-XX-2448 | § | |
| | § | |
| DEBTORS | § | |

TRUSTEE’S LIST OF WITNESSES AND EXHIBITS FOR
OBJECTION TO DEBTORS' EXEMPTIONS

TO THE HONORABLE JUDGE OF THE UNITED STATES BANKRUPTCY COURT:

COMES NOW Janna L. Countryman, the Standing Chapter 13 Trustee, and files this List of Witnesses and Exhibits for Objection to Debtors' Exemptions in the above numbered and styled proceeding, and designates the following witnesses and exhibits to be used at hearing:

**WITNESSES**

1. Janna L. Countryman
2. Shelly Terrill
3. Debtors
4. Any designated expert
5. Debtors' counsel and/or employees of Debtors'counsel
6. Any witness designated by any other party, or as necessary for rebuttal

**EXHIBITS**

1. Copies of any schedules or pleadings as filed or amended herein by the Debtors or any other party, which includes, but is not limited to, Schedule C and Statement of Financial Affairs
2. Copies of any Proof of Claim as filed herein by any creditor or any other party
3. Copies of any Chapter 13 Plan and amendments thereto filed herein by the Debtors
4. Copies of tax assessor records, appraisals, and/or other valuations
5. Copies of any deed records, notes, deeds of trust, and/or surveys
6. Copies of depository account statements and/or banking records
7. Copy of Required Amendments sheet from the §341 Meeting of Creditors

8. Copy of any other document produced by the Debtors at or before the §341(a) Meeting of Creditors, or subsequently produced by the Debtors to the Trustee
9. Reports from news media sources for the DFW Metroplex
10. Copies of any other exhibits designated by any other party
11. Copies of any document necessary for rebuttal

Copies of these exhibits will be provided by the Trustee upon request by any party.

The Trustee reserves the right to further supplement the list of witnesses and exhibits.

Respectfully submitted,

/s/ Shelly Terrill
Janna L. Countryman, TBN 04888050
Shelly Terrill, TBN 00794788
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Trustee's List of Exhibits for Objection to Debtors' Exemptions has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail.

SEAN AARON CASPER
AMBER LYNN STROMAN
4003 HOUSTON DRIVE
HEARTLAND, TX 75126

COLLINS & ARNOVE
555 REPUBLIC DR.
SUITE 200
PLANO, TX 75074-5469

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. STEMMONS FREEWAY
SUITE 1000
DALLAS, TX 75207

HENRY ODDO AUSTIN & FLETCHER
1700 PACIFIC AVENUE
SUITE 2700
DALLAS, TX 75201-4634

Dated: July 11, 2014

/s/ Shelly Terrill
Office of the Standing Chapter 13 Trustee