EOD
02/11/2015

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE:<br>SEAN AARON CASPER,<br>AMBER LYNN STROMAN,<br><br>Debtor(s) | Case No. 14-40929<br>Chapter 13 |

**ORDER GRANTING DEBTORS' APPLICATION FOR APPROVAL TO RETAIN ATTORNEY**

CAME ON for consideration the DEBTORS' APPLICATION FOR APPROVAL TO RETAIN ATTORNEY ("Application") filed by Debtors SEAN AARON CASPER and AMBER LYNN STROMAN.

Upon review of the file in the above-referenced case, the Court finds that proper notice of the Application and deadline to object was given pursuant to the Federal and Local Rules of Bankruptcy Procedure and that no objection was timely filed by any party. Accordingly, the Court finds just cause exists for the entry of the following order. It is therefore

ORDERED that the DEBTORS' APPLICATION FOR APPROVAL TO RETAIN ATTORNEY filed by the Debtor is hereby GRANTED.

Signed on 02/11/2015

Brenda T. Rhoades SR

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE